a

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS E SALVATIERRA VILLALOBOS, Petitioner | CIVIL DOCKET NO. 1:25-CV-01522 SEC P |
| VERSUS | JUDGE DRELL |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

### REPORT AND RECOMMENDATION

Before the Court is a is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Carlos Salvatierra Villalobos ("Villalobos").  At the time of filing, Villalobos was an immigration detainee at River Correctional Center in Ferriday, Louisiana, challenging his pre-removal order detention.  ECF No. 1.

On March 2, 2026, Villalobos was granted voluntary departure, and no appeal was filed.[1]  According to the online detainee locator service, Villalobos is no longer detained.[2]

Because Villalobos is not detained, the § 2241 claim is moot.  *See Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019).  If a controversy is moot, the court lacks subject matter jurisdiction.  *Carr v. Saucier*, 582

---

[1] https://acis.eoir.justice.gov/en/caseInformation

[2] https://locator.ice.gov/odls/#/results

F.2d 14, 16 (5th Cir. 1978) (citing *North Carolina v. Rice*, 404 U.S. 244, 246 (1971); *Locke v. Board of Public Instruction*, 499 F.2d 359, 363-364 (5th Cir. 1974)).

Accordingly, IT IS RECOMMENDED that the Petition (ECF No. 1) be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, April 27, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2