# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **CARLOS E SALVATIERRA VILLALOBOS** | **CASE NO.  25-cv-1522 SEC P** |
| **-vs-** | **JUDGE DRELL** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 15), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana this __13__ day of May 2026.

_____
**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**